**MARSHALL SCHOOLS and Division of Employment Security, Respondents.**

**No. WD 76337.**

Missouri Court of Appeals, Western District.

April 1, 2014.

Michael J. Joshi, Lenexa, KS, for appellant.

Larry R. Ruhmann, Jefferson City, MO, for respondent Division of Employment Security.

Margaret A. Hesse, St. Louis, MO, for Respondent Marshall Schools.

Before DIV II: GARY D. WITT, Presiding Judge, LISA WHITE HARDWICK, Judge and ALOK AHUJA, Judge.

## ORDER

PER CURIAM:

Lisa Shannon appeals from the order of the Labor and Industrial Relations Commission finding that she is ineligible for unemployment benefits because she voluntarily quit her employment without good cause attributable to her work or her employer. For the reasons explained in a memorandum provided to the parties, we find no error and affirm the Commission's order. Rule 84.16(b).

■

**Leo Demarcus ROLAND, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 76398.**

Missouri Court of Appeals, Western District.

April 1, 2014.

Mary R. O'Neill, for Appellant.

Todd T. Smith, for Respondent.

Before Division Three: ANTHONY REX GABBERT, Presiding Judge, VICTOR C. HOWARD, Judge and THOMAS H. NEWTON, Judge.

### *ORDER*

PER CURIAM:

Leo Roland appeals the judgment of the motion court denying his Rule 24.035 mo-

tion for post-conviction relief following an evidentiary hearing. Roland sought to vacate his conviction for second-degree robbery, section 569.030,[1] and armed criminal action, section 571.015, and sentence of twenty years imprisonment. In his sole point on appeal, he contends that his guilty plea was not knowing, intelligent, or voluntary because no factual basis was entered into the record establishing each and every element of the offenses to which he pled guilty. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment of the motion court is affirmed. Rule 84.16(b).

1. All statutory references herein are to RSMo

Cum.Supp.2012 unless otherwise noted.